**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | |
|---|---|
| ANTHONY COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:09-0092 |
| ) | Judge Trauger |
| TERRESSA MADDOX, Administrator, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On April 2, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 15), to which no timely objection has been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

It is so **ORDERED**.

ENTER this 26th day of April 2010.

ALETA A. TRAUGER
U.S. District Judge